■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. C. JAMES LOMBARDI, JR., Petitioner, v EUGENE S. LEFEVRE, as Superintendent of Clinton Correctional Facility, et al., Respondents.— Application, pursuant to CPLR 7002 (b) (2) for writ of habeas

corpus denied. Casey, J. P., Mikoll, Yesawich, Jr., Levine and Harvey, JJ., concur.